ORIG......

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 JUL 10 PM 4: 18

CLERK /kw/
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| SHEILA HARRIS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV406-291 |
| VESCOM CORPORATION, and FALICIA SMULLEN, | ) |
| Defendants. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this /0 day of July, 2007.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA